```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
                "NATIONAL PARKS & CONSERVATION V GALE NORTON"

            Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 12/09/97
            Closed: 09/24/01

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (893) Environmental Matters

            Origin: (5) Transferred
            Demand:
        Filing fee: Waived
          Trial by:

         Transfer In District NO: 0:97-CV-00942
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1   NATIONAL PARKS & CONSERVATION ASSOC | James Arthur Hourihan<br>Hogan & Hartson LLP<br>Columbia Square<br>555 13th Street NW<br>Washington, DC 20004-1109<br>202-637-6544 |
| | Scott H. Reisch<br>Hogan & Hartson<br>1200 17th Street, Suite 1500<br>Denver, CO 80202<br>303-899-7355<br>FAX 303-899-7333 |
| | Steven H. Hartmann<br>Hogan & Harston LLP<br>555 13th Street NW<br>Washington, DC 20004-1109<br>202-637-5600 |
| | Catherin E. Stetson<br>Hogan & Hartson<br>Columbia Square<br>555 13th Street NW<br>Washington, DC 20004-1109<br>202-637-5600 |
| DEF 1.1   NORTON, GALE | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0456--CV (JKS)
              "NATIONAL PARKS & CONSERVATION V GALE NORTON"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 2.1 | [T] GALVIN, DENNIS J. | No counsel found for this party! |
| DEF 2.2 | STANTON, ROBERT | Bruce M. Landon<br>(see above) |
| DII 1.1 | HOLLAND AMERICA LINE-WESTOURS | Cynthia Pickering Christianson<br>911 W. 8th Avenue, Suite 302<br>Anchorage, AK 99501<br>907-276-7735 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
               "NATIONAL PARKS & CONSERVATION V GALE NORTON"

                            For all filing dates


  Presiding Judge:   The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 12/09/97
            Closed: 09/24/01

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters

            Origin: (5) Transferred
            Demand:
       Filing fee: Waived
          Trial by:

       Transfer In District NO: 0:97-CV-00942


Document #   Filed     Docket text

NOTE -   1   12/09/97  Notation: All transferred documents are listed on the manual docket
                       sheet lodged in the original file.

  12 -   1   12/09/97  Order (certified copy) by transferring court ref there case Civil No.
                       97-0942 RC transferring this case to the District of Alaska.

  13 -   1   12/09/97  JKS Minute Order advising parties of notice of transfer and new case
                       number. Counsel to file a status report on or before 15 days from the
                       date of this order. cc: cnsl

  14 -   1   12/19/97  DEF 1-2 motion for an enlargement of time within which to answer or
                       otherwise respond.

  15 -   1   12/23/97  DII 1 Report re: status

  15 -   2   12/23/97  DII 1 motion to revise memorandum in support of motion to intervene

  16 -   1   12/23/97  DII 1 Attorney Substitution of Cynthia Pickering Christianson for Donald
                       Craig Mitchell.

  17 -   1   12/24/97  PLF 1 (motion & ) Application re: non-resident attorney of Scott H.
                       Reisch w/ att memo.

  18 -   1   12/24/97  PLF 1 memo in opposition to DEF 1-2 motion for an enlargement of time
                       within which to answer or otherwise respond. (14-1)

NOTE -   2   12/29/97  Notation: In receipt of non-res atty fee of $75 from S. Reisch (atty for
                       PLF 1)

  16 -   2   12/29/97  JKS Order granting substitution of cnsl. cy cnsl

  19 -   1   12/29/97  JKS Order granting motion to revise memorandum in support of motion to
                       intervene (15-2); revised memo due 1/23/98. cy cnsl

  20 -   1   12/29/97  PLF 1; DEF 1-2 Report re: status.


ACRS: R_VDSDX              As of 12/01/05 at 3:46 PM by GARRY                      Page 1
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
                        "NATIONAL PARKS & CONSERVATION V GALE NORTON"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 21 - 1 | 12/29/97 | PLF 1 Errata re: oppo to DEF 1-2 motion for an enlargement of time within which to answer or otherwise respond. (14-1) w/ atts. |
| 17 - 2 | 12/30/97 | JKS Order granting mot & application of S. Reisch to appear w/out assoc of local cnsl. cy cnsl |
| 22 - 1 | 01/12/98 | JKS Minute Order granting motion for an enlargement of time within which to answer or otherwise respond (14-1) cc:cnsl |
| 23 - 1 | 01/20/98 | DEF 1-2 Answer to Complaint. |
| 24 - 1 | 01/20/98 | DII 1 motion to intervene (revised memo in support) |
| 25 - 1 | 01/22/98 | JKS Order re: Initial case status report, scheduling & planning (Administrative Appeal). Parties to file a report w/in 21 days. cc:cnsl |
| 26 - 1 | 02/09/98 | PLF 1 revised memo in oppo re: DII 1 motion to intervene (revised memo in support) (24-1) w/att exhs. |
| 27 - 1 | 02/09/98 | PLF 1 Stipulation that it is not challenging the former VMP that governed vessel traffic in Glacier Bay until 1996. NPCA does not seek to curtail or otherwise restrict the defs from regulating any Park activities, including cruise ship entries, pursuant to the former VMP. |
| 27 - 2 | 02/10/98 | JKS Order granting stipulation at (27-1). cc:cnsl |
| 28 - 1 | 02/12/98 | Joint Status Report & proposed briefing schedule. |
| 29 - 1 | 02/17/98 | DII 1 reply to opposition to DII 1 motion to intervene (24-1) w/att exhs. |
| 30 - 1 | 02/18/98 | Scheduling and Planning Order within 60 days from date of order plf shall file motion to supplement record in accordance with AK Local Rule 7.1, if not supplemented plf shall file notice of its intention not to supplement. Within 10 days of an order from Court resolving supplementation, def shall lodge a certified copy of adminstrative record/index. Within 90 days from an order resolving supplementation plf shall file mot for s/j. Def's have 30 days to respond and cross move for s/j. Plf 's reply within 21 days of def's mot. Def will reply within 21 days of plf's reply. cc:csl |
| 31 - 1 | 02/19/98 | DII 1 Request for Oral Argument re: DII 1 motion to intervene (revised memo in support) (24-1). |
| 32 - 1 | 03/03/98 | JKS Order granting motion to intervene (revised memo in support) (24-1); denying as moot rqst for o/a (31-1). cc: cnsl. |
| 33 - 1 | 03/04/98 | DII 1 Affidavit [original] of B. Berto re: rply memo in support of DII 1 motion to intervene (revised memo in support) w/att aff (24-1). |
| 34 - 1 | 03/06/98 | PLF 1 Application re: non-resident attorney w/att memo. |
| 35 - 1 | 03/06/98 | PLF 1 Application re: non-resident attorney w/att memo. |
| 36 - 1 | 03/09/98 | JKS Order granting application of non-resident atty (Steven H. Hartmann). cc:cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
                      "NATIONAL PARKS & CONSERVATION V GALE NORTON"

                                    For all filing dates


Document #    Filed       Docket text

   37  -  1   03/09/98    JKS Order granting application of James A. Hourihan to appear as counsel
                          for plf w/out local counsel. cc:cnsl

 NOTE  -  3   04/07/98    Notation: $75.00 paid for non resident atty Steven H. Hartmann; receipt
                          #00104027.

   38  -  1   04/20/98    PLF 1 motion for leave to exceed the Administrative Record and obtain
                          discovery w/att memo and exhs.

   39  -  1   05/06/98    DII 1 opposition to PLF 1 motion for leave to exceed the Administrative
                          Record and obtain discovery (38-1).

   40  -  1   05/06/98    DEF 1-2 opposition to PLF 1 motion for leave to exceed the
                          Administrative Record and obtain discovery w/att exhs (38-1).

   41  -  1   05/13/98    DEF 1-2 Notice of filing Administrative Record. [record in box located
                          near file]

   42  -  1   05/15/98    PLF 1 reply to opposition to PLF 1 motion for leave to exceed the
                          Administrative Record and obtain discovery (38-1) w/att exhs.

   43  -  1   07/14/98    JKS Order denying motion for leave to exceed the Administrative Record
                          and obtain discovery (38-1).   cc:csnl

   44  -  1   10/13/98    PLF 1 Praecipe that Robert Stanton is substituted for Dennis J. Galvin
                          as Director of National Park Service.

   45  -  1   10/13/98    PLF 1 motion for summary judgment w/att memo and exhs.

   46  -  1   11/06/98    Unopposed Motion to amend briefing schedule so that Westours shall file
                          its response to plfs mot for summary judgment and cross move for summary
                          judgment by 12/11/98 and that plf shall reply to Federal defs' and
                          intervenor-def's responses and cross mots for summary judgment by
                          1/8/99.

   47  -  1   11/06/98    DII 1 motion for order shortening time re:docket #46.

   47  -  2   11/06/98    JKS Order granting motion for order shortening time (47-1). cc:cnsl

   48  -  1   11/06/98    JKS Order granting unopposed motion for ext of time at dkt 46. cc:cnsl

   49  -  1   11/12/98    DEF 1-2 motion for summary jdugment w/att memo.

   49  -  2   11/12/98    DEF 1-2 motion to strike plaintiff's motion for summary judgment w/att
                          memo.

   49  -  3   11/12/98    DEF 1-2 opposition to PLF 1 motion for summary judgment (45-1) w/att
                          memo.

   50  -  1   12/11/98    PLF 1; DEF 1-2; DII 1 Unopposed Motion for ext of time until 12/18/98
                          for Intervenor-deft Holland America Line-Westours Inc. to file its
                          response to plfs Mot for Summary Judgment and cross-move for summary
                          judgment and for plf to have until 1/15/99 to reply to Fed Defs' and
                          intervenor defs' responses and cross mots for summary judgment w/att
                          aff.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
                           "NATIONAL PARKS & CONSERVATION V GALE NORTON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 51 - 1 | 12/11/98 | DII 1 motion for order shortening time re:docket 50. |
| 51 - 2 | 12/11/98 | JKS Order granting motion for order shortening time (51-1). |
| 52 - 1 | 12/11/98 | JKS Order granting unopposed mot for ext of time at dkt 50.  cc:cnsl |
| 53 - 1 | 12/18/98 | DII 1 cross motion for summary judgment DII 1 motion for summary judgment w/att memo and exhs. |
| 53 - 2 | 12/18/98 | DII 1 opposition to PLF 1 motion for summary judgment w/att memo and exhs (45-1). |
| 53 - 3 | 12/18/98 | DII 1 joinder to DEF 1-2 mot for sj (49-1), DEF 1-2 mot to strike plf's mot for sj (49-2) and DEF 1-2 oppo to plf mot for sj (49-3) w/att exhs. |
| 54 - 1 | 01/15/99 | PLF 1 consolidated memo in opposition to DEF 1-2 motion for summary judgment  (49-1). |
| 54 - 2 | 01/15/99 | PLF 1 consolidated memo re: reply to opposition to PLF 1 motion for summary judgment (45-1). |
| 55 - 1 | 01/15/99 | PLF 1 consolidated memo in opposition to DII 1 cross motion for summary judgment DII 1 motion for summary judgment (53-1). |
| 55 - 2 | 01/15/99 | PLF 1 consolidated memo re: reply to opposition to PLF 1 motion for summary judgment (45-1). |
| 56 - 1 | 01/15/99 | PLF 1 opposition to DEF 1-2 motion to strike plaintiff's motion for summary judgment (49-2). |
| 57 - 1 | 02/05/99 | DEF 1-2 reply to oppo to DEF 1-2 motion for summary jdugment (49-1). |
| 57 - 2 | 02/05/99 | DEF 1-2 reply to oppo to DEF 1-2 motion to strike plaintiff's motion for sj  (49-2). |
| 58 - 1 | 02/05/99 | DII 1 Unopposed Motion for ext of time to file reply to plf's oppo to mot for sj until 02/10/99 & for ext of time to file oppo to plf's mot for sj until 02/10/99 w/att aff. |
| 59 - 1 | 02/10/99 | DII 1 reply to oppo to DII 1 cross motion for summary judgment (53-1) w/att exhs. |
| 60 - 1 | 02/11/99 | JKS Order granting unopposed motion at dkt #58; DII-1 shall file its reply to plf's consolidated memo in oppo to DII-1's mot for sj by 2/10/99. cc: cnsl |
| 61 - 1 | 08/24/99 | JKS Order denying as moot motion for summary judgment (45-1), motion to strike plaintiff's motion for summary judgment (49-2), motion cross motion for summary judgment (53-1); granting motion for summary jdugment (49-1) . cc:cnsl |
| 62 - 1 | 08/24/99 | JKS Judgment that def's mot for summary judgment is granted. This case is dismissed with prejudice in its entirety. cc:cnsl, O&J 10693 |
| 63 - 1 | 10/22/99 | PLF 1 appeal to 9CCA of (62-1) filed 08/24/99. cc:cnsl, Judge Singleton, 9CCA |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
                    "NATIONAL PARKS & CONSERVATION V GALE NORTON"

                             For all filing dates


 Document #    Filed       Docket text

 NOTE -   4   10/25/99   Transmittal: Forwarded notice of appeal (63-1) to 9CCA[service list]

    64 -  1   10/25/99   Cy 9CCA Certificate of Record. (63-1) cc: cnsl, Judge Singleton, 9CCA
                         [original]

    65 -  1   11/01/99   DII 1 cross-appeal to 9CCA of (61-1) filed 08/24/99. cc:cnsl, Judge,
                         9CCA

 NOTE -   5   11/02/99   Transmittal: Forwarded notice of appeal (65-1) to 9CCA.

    66 -  1   11/02/99   Cy 9CCA Certificate of Record. (65-1) cc: cnsl, Judge Singleton, 9CCA
                         [original]

    67 -  1   11/09/99   Cy 9CCA Time Schedule Order (63-1).

    68 -  1   11/23/99   Cy 9CCA Time Schedule Order (65-1) .

    69 -  1   12/08/99   Copy of Order from 9CCA. (63-1) cc:cnsl, Judge Singleton

    70 -  1   03/06/00   Copy of Order from 9CCA that DII has not paid docket fee; fed defs' mot
                         for ext of time to file answering brief is granted; brief due 4/17/00;
                         plf's reply is due 5/17/00; intervenor's optional rply brief is due 14
                         dyas from service of the third brief. (65-1) cc:cnsl, Judge Singleton

    71 -  1   03/29/00   Copy of Order from 9CCA (63-1), (65-1) granting extension of time to
                         file DII x-appeal answering brief& fed defs' answering brief due
                         4/17/00; plf's reply due 5/17/00;DII x-appeal rpy due 14 days from
                         service of plf's rply brief. cc:cnsl , Judge Singleton

 NOTE -   6   06/02/00   Transmittal: Forwarded notice of appeal (63-1), (65-1) to 9CCA.

 NOTE -   7   02/12/01   Notation (re: Appeal): records received by 9CCA.

    72 -  1   05/25/01   DII 1 motion for status conference.

    73 -  1   05/30/01   JKS Minute Order denying mot for stat conf (72-1) and that plf file stat
                         rpt by 6/18/01 re: brfing schedule as to the timing of an inj; after
                         brfing crt to determine if evid hrg is needed. cc: cnsl

    74 -  1   06/13/01   9CCA Judgment/Final Order re: notice of appeal (63-1) that the district
                         court's decision is REVERSED AND REMANDED w/instructions. cc: cnsl,
                         Judge Singleton

    75 -  1   06/18/01   PLF 1 Status Report.

    76 -  1   06/18/01   DEF 1-2 Consolidated Status Report w/att exhs.

    76 -  2   06/18/01   DEF 1-2 motion to approve briefing schedule.

    77 -  1   06/20/01   JKS Order granting motion to approve briefing schedule (76-2); plf
                         opening brf due 6/26/01; def and intervenor-def oppos due 7/11/01; plf
                         reply brg due 7/17/01. cc: cnsl

    78 -  1   06/26/01   PLF 1 motion for 2001-season injunction w/att exhs.

    79 -  1   06/29/01   PLF 1 Application re: non-resident attorney Catherin E. Stetson w/o lcl
                         cnsl  w/att memo.

 ACRS: R_VDSDX              As of 12/01/05 at 3:46 PM by GARRY                    Page 5
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A97-0456--CV (JKS)
                       "NATIONAL PARKS & CONSERVATION V GALE NORTON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 79 - 2 | 07/03/01 | JKS Order GRANTING 79-1.  cc: cnsl |
| 80 - 1 | 07/11/01 | DEF 1-2 opposition to PLF 1 motion for 2001-season injunction w/att exhs (78-1). |
| 81 - 1 | 07/11/01 | DII 1 opposition to PLF 1 motion for 2001-season injunction w/att exhs (78-1). |
| 82 - 1 | 07/17/01 | PLF 1 reply to opposition to PLF 1 motion for 2001-season injunction (78-1) w/att exhs. |
| 83 - 1 | 08/01/01 | JKS Minute Order setting hrg on mot for 2001 season injunction for 8/3/01 at 2:30 p.m.. cc: cnsl |
| 84 - 1 | 08/03/01 | JKS Court Minutes [ECR: Denali Elmore] re: hrg on plf's mot for 2001 season inj held 8/3/01; granting mot for 2001-season injunction (78-1). cc: cnsl |
| 85 - 1 | 08/09/01 | DEF 1-2 ntc of compliance with injunction entered on 8/3/01 w/att exhs. |
| 86 - 1 | 12/21/01 | DII 1 motion to modify injunction. |
| 87 - 1 | 12/27/01 | DEF 1-2 motion to modify injunction entered on 8/3/01 w/att exhs. |
| 88 - 1 | 01/08/02 | PLF 1 opposition to DII 1 motion to modify injunction. (86-1), DEF 1-2 motion to modify injunction entered on 8/3/01 (87-1). |
| 89 - 1 | 01/17/02 | DII 1 reply to opposition to DII 1 motion to modify injunction (86-1). |
| 90 - 1 | 01/18/02 | JKS Order granting motion to modify injunction (86-1), motion to modify injunction entered on 8/3/01 w/att exhs (87-1). cc: cnsl |
| 91 - 1 | 04/19/02 | Transcript re: hrg on plf's mot for 2001 season injunction held 8/3/01. |
| 92 - 1 | 10/06/05 | 9CCA Judgment/Final Order re: notice of appeal (65-1) that the district court's decision is REVERSED, REMANDED w/att opinion. cc: cnsl, Judge Singleton |
| 93 - 1 | 11/29/05 | JKS Minute Order re plft to file jnt staus rpt as directed due 12/19/05. cc: cnsl |