UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

NATIONAL PARKS AND CONSERVATION )
ASSOCIATION, )
 )
Plaintiff, )
 )
v. ) No. A97-0456 CV (JKS)
 )
GALE NORTON, SECRETARY, )
UNITED STATES DEPARTMENT OF )
THE INTERIOR, )
 )
and )
 )
DENIS P. GALVIN, ACTING DIRECTOR, )
NATIONAL PARK SERVICE, )
 )
Defendants, )
 )
and )
 )
HOLLAND-AMERICA LINE-WESTOURS, )
 )
Intervenor-Defendant. )
_____)

## STATUS REPORT

James A. Hourihan
Scott H. Reisch
Catherine E. Stetson
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600 (phone)
(202) 637-5910 (fax)

Attorneys for Plaintiff
National Parks and Conservation
 Association



This submission responds to the District Court's Order of November 28, 2005, requesting the filing of a joint status report.

As the Court noted in its Order, this case was argued and submitted to the Ninth Circuit on July 31, 2000. The Ninth Circuit issued an opinion reversing and remanding the case on February 23, 2001. <u>The court of appeals issued a mandate on June 6, 2001.</u> See Docket Sheet in Ninth Circuit No. 99-36065, attached as Ex. 1. Rehearing was denied, as was a subsequent petition for certiorari, and the record was returned to the District Court.

Following issuance of the June 2001 mandate, this Court ordered the parties to submit briefs on the scope and timing of an injunction; briefs were submitted in late June and July 2001. On August 3, 2001, this Court held a preliminary injunction hearing, at the end of which the Court granted plaintiffs' motion for an injunction returning vessel entries in Glacier Bay to their pre-1996 levels pending completion of an Environmental Impact Statement. See Docket sheet in District Court No. 97-456, attached as Ex. 2.

On November 5, 2001, President Bush signed a Department of Interior appropriations bill which, among other things, appropriated "such sums as may be necessary" for the National Park Service to "complete and issue, no later than January 1, 2004, an Environmental Impact Statement (EIS) to identify and analyze the possible effects of the 1996 increases in the number of vessel entries issued for Glacier Bay National Park and Preserve." Pub. L. No. 107-63, 115 Stat. 414 (Nov. 5, 2001). The bill contained a rider specifying that, "notwithstanding any other provision of law," pending preparation of the EIS, the number of vessel entries into Glacier Bay "shall be the same as that in effect during the 2000 calendar year"—which is to say, the number of vessel entries as they existed immediately <u>prior</u> to this Court's injunction. Id. The rider acknowledges that the Secretary of the Interior may "suspend[] or revok[e] any vessel entry if

the Secretary determines that it is necessary to protect Park resources." Id.

In light of that appropriations bill, the federal defendants and intervenor-defendant Holland America filed motions to modify this Court's August 3, 2001, injunction that returned vessel entries in Glacier Bay to their pre-1996 levels pending completion of an Environmental Impact Statement, to reflect Congress's decree that vessel entries remain at their 2000 levels pending preparation of an EIS. This court granted the request to modify the injunction on January 18, 2002. See District Court Docket Sheet, Ex. 2 at 6 (entry 90). A new EIS has been completed.

On October 6, 2005, for reasons that are unclear, the Ninth Circuit issued a second mandate in this case, apparently relating to the intervenor's cross-appeal (which was denied). See Ninth Circuit Docket Sheet in No. 99-36094. This Court subsequently requested a joint status report "regarding the current status of the case and indicating what, if anything, remains to be done." November 28, 2005 Order at 1. While plaintiff offers no comment on the subsequent EIS's adequacy or propriety, this action challenging the earlier EIS is complete; nothing remains to be done in this case.

Counsel for the federal defendants has reviewed this status report and has authorized undersigned counsel to represent that he is in agreement with its contents. Counsel for Intervenor-Defendant Holland America was contacted by telephone on December 13, but did not respond to emails requesting comment on the status report.

                                    Respectfully submitted,



James A. Hourihan
Scott H. Reisch
Catherine E. Stetson
HOGAN & HARTSON L.L.P.
555 Thirteenth Street
Washington, D.C. 20004

Attorneys for Plaintiff
National Parks and Conservation
   Association

December 19, 2005

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, copies of the foregoing Joint Status Report were served by first-class mail, postage prepaid, on:

Bruce M. Landon
Environment and Natural Resources Division
Department of Justice, General Litigation Section
801 B Street
Anchorage, Alaska 99501-3657
(907) 271-5452

Gregory D. Page
Environment and Natural Resources
   Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0446

Counsel for Defendants


Cynthia Pickering Christianson
911 West 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 276-7735

Counsel for Intervenor-Defendant Holland-America

_____
Catherine E. Stetson