FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 56

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS AND CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>GALE NORTON, SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR, and DENIS P. GALVIN, ACTING DIRECTOR, NATIONAL PARK SERVICE,<br><br>Defendants,<br><br>and<br><br>HOLLAND AMERICA LINE-WESTOURS, INC.,<br><br>Intervenor-Defendant. | No. A97-0456 CV (JKS) |

## INTERVENOR-DEFENDANT HOLLAND AMERICA LINE'S STATEMENT OF

## NON-OBJECTION TO PLAINTIFF'S STATUS REPORT

Intervenor-defendant Holland America Line-Westours Inc. (now known as Holland America Line) does not object to the substantive history of this case as set out in the status report filed by plaintiff.

However, undersigned counsel for intervenor-defendant would like to correct the misleading description plaintiff's counsel gives in the report regarding the consultation among counsel concerning said status report. Undersigned counsel communicated via

LAW OFFICE OF
CYNTHIA PICKERING CHRISTIANSON
911 WEST 8TH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
(907) 276-7735    FAX (907) 258-2026



email and phone on December 13 and 14, 2005 with plaintiff's counsel regarding the report, which plaintiff's counsel said she would draft and circulate. It was not until December 15, 2005 that plaintiff's counsel actually circulated via email a draft of the status report to counsel for comment, on which date undersigned was en route traveling from San Francisco to Anchorage. Undersigned counsel had earlier advised plaintiff's counsel by email she would be traveling on December 15. (Undersigned counsel was in San Francisco for most of the week to undergo medical procedures unavailable in Anchorage.) On the morning of December 16, in Anchorage, undersigned counsel reviewed and forwarded the draft reports prepared by plaintiff's counsel to her client Holland America Line for review. Undersigned counsel received authorization from her client on the afternoon of the 16th to sign off on the status report, and she notified plaintiff's counsel of this fact on that date.

RESPECTFULLY SUBMITTED this 19th day of December, 2005.

_____
Cynthia Pickering Christianson
Attorneys for
HOLLAND AMERICA LINE-WESTOURS INC.

LAW OFFICE OF
CYNTHIA PICKERING CHRISTIANSON
911 WEST 8TH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
(907) 276-7735    FAX (907) 258-2026

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, copies of the foregoing Statement of Non-objection to Plaintiff's Status Report were served by first-class mail, postage prepaid, on:

>James A. Hourihan
>Scott H. Reisch
>Catherine E. Stetson
>HOGAN & HARTSON L.L.P.
>555 Thirteenth Street
>Washington, D.C. 20004
>
>Attorneys for Plaintiff
>National Parks and Conservation Association
>
>Bruce M. Landon
>Environment and Natural Resources Division
>Department of Justice, General Litigation Section
>801 B Street
>Anchorage, Alaska 99501-3657
>(907) 271-5452
>
>Gregory D. Page
>Environment and Natural ResourcesDivision
>Department of Justice
>P.O. Box 663
>Washington, D.C. 20044-0663
>(202) 305-0446
>
>Counsel for Defendants

*(signature)*
Susan VanSchooten

LAW OFFICE OF
CYNTHIA PICKERING CHRISTIANSON
911 WEST 8TH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
(907) 276-7735   FAX (907) 258-2026